UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Judith Tompson</u>

        v.                           Civil No. 16cv215-JD

<u>Lancelot Court Condominium Association</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 9, 2016.

SO ORDERED.

                                            */s/ Joseph A. DiClerico, Jr.*
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: July 5, 2016

cc:   Judith Tompson, pro se